

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00629-CV

**IN THE INTEREST OF D.A.B., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00630
Honorable Richard Price, Judge Presiding

## O R D E R

    This is an appeal from a judgement terminating parental rights. On November 13, 2019, this court received appellant A.B.'s brief. The brief violates Texas Rule of Appellate Procedure 9.8(b)(1)(A) in that it identifies the minor child who is the subject of the suit by name. *See* TEX. R. APP. P. 9.8(b)(1)(A) (providing brief filed in a parental termination appeal must identify the child by an alias unless the court orders otherwise.). The brief identifies appellant A.B. by his actual name throughout the brief and identifies the child by her first name on page 9. We, therefore, ORDER appellant A.B. to file, on or before **December 12, 2019**, an amended brief identifying the child by an alias only. We FURTHER ORDER appellant A.B. to identify himself in the amended brief and in all other papers filed in this appeal by an alias only. *See id.* (providing court may order parent in a parental termination appeal to be identified by an alias when necessary to protect a minor child's identity). If the amended brief does not correct the violation and identify appellant by an alias only, we will strike the brief.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court